# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| CBDM REDLANDS, LLC, et al. | Case No.: 5:16-cv-02403 CBM (DTB) |
|---|---|
| Plaintiffs, | |
| v. | **JUDGMENT** |
| RAMONA PRIETO, | |
| Defendant. | JS6 |

Consistent with the Court's Order Granting Defendant's Motion to Dismiss issued herewith, judgment is entered against Plaintiffs CBDM Redlands, LLC and Ginger Stone, and in favor of Defendant Ramona Prieto.

DATED: April 17, 2017

CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE

1